

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2014

No. 04-14-00605-CV

**IN RE** Maria **VALDIVIA** (Estrada)

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

On August 26, 2014, relator filed a petition for writ of mandamus and a motion for emergency stay and request for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court no later than September 2, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency stay is GRANTED IN PART. Any enforcement of that portion of the trial court's August 20, 2014 order requiring the children the subject of the underlying suit to remain enrolled and continue to attend Scobee Middle School and Sun Valley Elementary School is temporarily stayed until further order of this court.

It is so **ORDERED** on August 27th, 2014.          PER CURIAM

ATTESTED TO: _____
                    Keith E. Hottle
                    Clerk of Court

---

[1] This proceeding arises out of Cause No. 2005-CI-17414, styled *In the Interest of A.V. and A.V., Children*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.